IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **GLORIA COOKE** | ) | |
| | ) | |
| Plaintiff, | ) | Case No.     8:20-cv-00181-PJM |
| | ) | |
| v. | ) | |
| | ) | |
| **SHAPIRO & BROWN, LLP et al.** | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(i)

Plaintiff, Gloria Cooke, voluntarily dismisses defendants Shapiro & Brown, LLP and Bank of America, N.A. and dismisses this case in its entirety. This dismissal is without prejudice.

Respectfully submitted,

/s/Quinn Lobato
Quinn B. Lobato (Bar#18579)
210 Grisdale Hill
Riva, MD 21140
(240) 305-4770
quinn.lobato@gmail.com
*Attorney for Gloria Cooke*

### CERTIFICATE OF SERVICE

I certify that on February 12, 2020, a copy of the foregoing Notice of Voluntary Dismissal was caused to be served on all parties by filing these documents with the Clerk of Court who enters the documents into the Court's CM/EMF system, which electronically transmits a copy to the registered participants as identified on the Notice of Electronic Filing.

       /s/
Quinn Lobato